AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
OCT 30 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Vincent Alvarez | ) Case No. | |
| | ) | 1: 17 MJ 0 0 1 9 2 BAM |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 22, 2017___ in the county of ___Fresno___ in the ___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 39A | Aiming the beam of a laser pointer at an aircraft or its flight path. |

This criminal complaint is based on these facts:

See Affidavit, attached hereto and incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jaime Magallon, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___October 30, 2017___

_____
*Judge's signature*

City and state: ___Fresno, California___

Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT WARRANT

I, Special Agent Jaime Magallon, being duly sworn, hereby state and depose:

## I.

## AFFIANT'S CREDENTIALS

1. I am a Special Agent (SA) of the United States Department of Justice, Federal Bureau of Investigation (FBI). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been employed by the FBI since May of 2011. Since December of 2016, I have been assigned to the FBI's Fresno Resident Agency in Fresno, California. I have attended numerous trainings relating investigative techniques in numerous federal violations. I am familiar with, and have participated in, conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, search warrants, utilization of confidential informants, and the analysis of call detail records. Through my training and experience, I have become acquainted with federal statutes and elements pertinent to those statutes. The facts set forth in this affidavit are known to me as a result of my participation in this investigation and speaking with other law enforcement officials.

## II.

## APPLICABLE LAW

2. Title 18, United States Code, Section 39A provides: Whoever knowingly aims the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, shall be fined under this title or imprisoned not more than 5 years, or both. Special aircraft jurisdiction of the United States is defined under Title 49, United States Code, Section 46501(2), and includes the following aircraft in flight:

   a. A civil aircraft of the United States
   b. An aircraft of the United States Armed Forces; or
   c. Another aircraft in and outside the United States destined for the United States.

3.      I have learned the following from investigation, from the victim and my review of law enforcement reports prepared in this case, and from discussion of this case with assisting agents and/or officers. The purpose of this affidavit is to support a complaint charging **MICHAEL VINCENT ALVAREZ (ALVAREZ)** with a violation of Title 18, United States Code, Section 39A.

## III.

## STATEMENT OF PROBABLE CAUSE

4.      On October 25, 2017,[1] I interviewed Fresno Police Department helicopter (Air-1), Tactical Flight Officer (victim), who stated that:

5.      On October 22, 2017, at 12:46 A.M., a Fresno Police Department helicopter (Air-1), flying at an altitude of approximately 500 feet Above Ground Level (AGL), was providing support to ground units responding to a domestic violence disturbance when it was struck three times by a green laser. The green beam of light originated from the driver side of a moving white Toyota four-door compact car. The green laser beam tracked the helicopter continuously, directly striking the Tactical Flight Officer three times in the eyes as the laser beam moved throughout the helicopter cockpit. The beam of light from the laser was held long enough for the Tactical Flight Officer to visually spot the exact location of the source.

6.      The laser appeared to be tracking Air-1 while traveling northbound on highway 99 in Fresno, California. Air-1 followed the vehicle while relaying travel direction to ground units. Air-1 illuminated the suspect vehicle throughout the chase with the helicopters "Nightsun" searchlight. The vehicle evaded police at a high rate of speed. Twice the vehicle stopped to drop off passengers. The vehicle made a series of turns before hitting a center median near the intersections of Floradora Street and First Street in Fresno. The driver, identified as **ALVAREZ,** fled on foot and ran into neighboring homes. **ALVAREZ** was apprehended soon after by ground patrol officers.

---

[1] Any and all references herein to dates and times are to approximate dates and times.

7. On October 27, 2017, I read the Fresno Police Department (FPD) Reports for case number 17-069047 pertaining to the laser incident described herein. Officers detailed the chase of a white Toyota four-door compact car, California license plate number, 5HUF598, through the streets of central Fresno. Officers were involved in a high-speed pursuit that ended with **ALVAREZ** crashing his vehicle into the center divider near Floradora and First Streets. **ALVAREZ** exited the vehicle and ran towards 3154 E Floradora where he was apprehended in the backyard of the residence at that location after a short foot pursuit.

8. **ALVAREZ** was identified on scene through the use of a Finger Print Reader which identified two felony warrants for **ALVAREZ's** arrest.

9. Following the apprehension and arrest of **ALVAREZ**, the white Toyota four-door compact car, California plate number, 5HUF598, was searched by officers. Inside the vehicle's driver side door pocket, a black Laser 303 (brand) with a green multi-dot light beam and danger label was found.

10. On October 29, 2017, I read an FPD Report of an interview conducted of one of the passengers that had been dropped off by **ALVAREZ**. The female witness told officers that earlier in the day **ALVAREZ** had picked her up in the white Toyota four-door compact car from which she later exited. They had been driving to a friend's house when **ALVAREZ** thought it would be funny to point a laser at the helicopter. The female asked **ALVAREZ** to drop her off, because she did not want to get in trouble.

11. On October 29, 2017, I listened to the radio traffic between Air-1 and ground units. The Tactical Flight Officer is heard calling for assistance from ground units after being struck by a laser from a moving vehicle on highway 99. The Tactical Flight Officer calls out every turn the vehicle is making and identifies the vehicle as a white Toyota four-door compact car. Ground units are also heard asking for directions and communicate vehicle travel information to other units.

12. During the chase and subsequent vehicle crash, **ALVAREZ** sustained minor injuries and was taken to Community Regional Medical Center (CRMC) for treatment. While at CRMC, a small plastic baggie was found lying between **ALVAREZ's** legs near his groin while

the doctor was performing a check-up. Inside the baggie were three separate plastic baggies containing suspected marijuana, cocaine, and methamphetamine.

13. The laser strikes disrupted the Tactical Flight Officer's support mission and took his attention away from flying the aircraft. The pilot experienced momentary flash blindness and significant loss of night vision. The Tactical Flight Officer also reported watering eyes and discomfort/pain.

## IV.
## CONCLUSION

14. Based on the foregoing, I respectfully submit there is probable cause to believe that **MICHAEL VINCENT ALVAREZ** did knowingly aim the beam of a laser pointer at an aircraft or its flight path, in violation of Title 18, United States Code, Section 39A.

Your affiant swears under penalty of perjury that the facts presented are true and accurate to the best of my knowledge.

JAIME MAGALLON
Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO ME BEFORE THIS ____ DAY OF OCTOBER, 2017.

BARBARA A. McAULIFFE
United States Magistrate Judge
Eastern District Of California

Reviewed and Approved as to Form this 30th day of October, 2017.

*s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant U.S. Attorney